UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C.[1], | ) | CIVIL ACTION NO. 4:23-CV-922 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MICHELLE KING,[2] | ) | |
|     Defendant | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Acting Commissioner is AFFIRMED.

(2) The Clerk of Court is directed to close this case.

Date: February 3, 2025

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States recommends that federal courts refer to social security plaintiffs by their first name and last initial. We adopt this recommendation.

[2] Michelle King was named Acting Commissioner of Social Security in January 2025. She is automatically substituted as the defendant, and no further action need be taken to continue this lawsuit. Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).